UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA          CASE NO. 18-cr-00233-01

VERSUS                            JUDGE FOOTE

DENIS ELISER IZARA-RIVERA (01)    MAGISTRATE JUDGE HORNSBY

# O R D E R

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offense charged in Count 1 of the Bill of Information.

THUST DONE AND SIGNED in Shreveport, Louisiana, this _____ day of September, 2018.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE